IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RODOLFO TREVINO, III, ) | |
| ) | CV04-86-S-MHW |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| JOHN HARDISON, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

On March 31, 2006, the Court entered an Order dismissing this action with prejudice.  Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.



DATED:  **March 31, 2006**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT  1**